## MOTION DOCKET

**94-361.** Great Lakes Metals Corp. v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, No. 91-P-1497. On motion to confirm settlement. Having been advised of the parties' settlement, this court remands this cause to the Board of Tax Appeals for settlement entry and dismissal.

**94-1549.** Westlake Village, Inc. v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, No. 92-A-1505. On motion to remand. Motion granted.

**94-1850.** Huber Hts. Circuit Courts, Ltd. v. Carne. *Montgomery County,* No. 14378. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue certified by the court of appeals on page 2 of its Decision and Entry, filed August 16, 1994. *Sua sponte,* this cause is consolidated with 94-1613, *infra.*

**94-2025.** Ins. Co. of N. Am. v. Gould, Inc. *Cuyahoga County,* Nos. 66595, 66675, 66681, 66693 and 66701. On motion for admission *pro hac vice* by Rocco N. Covino and Laurie A. Frost, and on motion for admission *pro hac vice* of Sidney Rosen for Continental Insurance Company. Motions granted.

**94-2051.** State ex rel. Multimedia, Inc. v. Snowden. In Mandamus. On motion for peremptory writ of mandamus or alternative writ. Alternative writ granted.

**94-2093.** Gates v. Precision Post. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue certified by the court of appeals on page 2 of its Journal Entry, filed September 15, 1994. *Sua sponte,* this cause is consolidated with 94-2094, *infra.*

WRIGHT, J., dissents.

**94-2130.** State v. Smith. *Lorain County,* Nos. 16027 and 16049. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.

**94-2174.** State v. Harris. *Cuyahoga County,* No. 65653. On motion for leave to file delayed appeal. Motion denied.